01

02

03

04 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
05 AT SEATTLE

06 JAMES BAKER,                                    )   CASE NO. C08-0565-JCC-MAT
                                                  )
07          Plaintiff,                            )
                                                  )
08     v.                                         )   ORDER RE: MOTION FOR
                                                  )   APPOINTMENT OF COUNSEL
09 HOWARD ANDERSON, et al.,                       )
                                                  )
10          Defendants.                           )
   _____           )

11

12          Plaintiff James Baker proceeds *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil

13 rights case.  Plaintiff now requests appointment of counsel. (Dkt. 20.)  Defendants did not submit

14 any opposition to this motion.[1]  Having considered all documents filed in support of the pending

15 motion, as well as the remainder of the record, the Court does hereby find and ORDER:

16          (1)     There is no right to have counsel appointed in cases brought under § 1983.

17 Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party

18 proceeding *in forma pauperis*, plaintiff has shown neither exceptional circumstances, nor an

19 inability to articulate his claims *pro se* that would warrant the appointment of counsel.  *See*

20 *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).  Accordingly, plaintiff's motion for

21

22          [1] Plaintiff may not have mailed a copy of his motion to defendants. (*See* Dkt. 20, Attach.
   1.)  He is advised to provide defendants with copies of all filings in the future.

ORDER RE: MOTION FOR APPOINTMENT OF COUNSEL
PAGE -1

01 appointment of counsel (Dkt. 20) is DENIED.

02       (2)    The Clerk is directed to send copies of this Order to plaintiff, to defendants, and

03 to the Honorable John C. Coughenour.

04       DATED this 23rd day of July, 2008.

05

06                         Mary Alice Theiler
                        United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER RE: MOTION FOR APPOINTMENT OF COUNSEL
PAGE -2