UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES BAKER, | ) | CASE NO. C08-0565-JCC-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER STRIKING PLAINTIFF'S |
| | ) | REQUEST FOR DISCOVERY |
| HOWARD ANDERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is a Washington state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On August 19, 2008, the Court issued an Order regarding pretrial preparations. (Dkt. No. 28). This Order established deadlines for completing discovery and filing dispositive motions. Plaintiff subsequently sent the Court a request for production of documents followed by a letter regarding discovery. (Dkt. Nos. 30 & 32). Neither the request nor the letter appear to have been sent to counsel for defendants. Having considered the request and letter, the Court does hereby find and ORDER:

(1) Plaintiff is advised that requests for discovery should not be sent to the Court but rather to the opposing party. The Court's role is limited to resolving disputes regarding discovery

ORDER STRIKING PLAINTIFF'S
REQUEST FOR DISCOVERY
PAGE -1

01 if they arise. Therefore, the Clerk shall STRIKE plaintiff's request (Dkt. No. 30) and return it to
02 plaintiff.

03      (2)     Plaintiff is further advised that pursuant to the Federal Rules of Civil Procedure and
04 the Court's Local Rules, he must send defendants a copy of every document he files with the
05 Court. *See* Fed. R. Civ. P. 5(a); Local Rule CR 7(b). In the future, the Court will strike any
06 documents filed with the Clerk which have not also been sent to defendants. Plaintiff should
07 include on all documents a statement that acknowledges that he has complied with this rule.

08      (3)     The Court's previous Order set a deadline for completing discovery of October 20,
09 2008. (Dkt. No. 28). Plaintiff is advised that if he needs more time to complete the discovery
10 process, he must file a motion to extend the discovery deadline. Plaintiff should file such a motion
11 no later than October 20, 2008.

12      (4)     The Clerk is directed to send a copy of this Order to plaintiff, to counsel for
13 defendants, and to the Hon. John C. Coughenour.

14 DATED this <u>7th</u> day of October, 2008.

15
16                           Mary Alice Theiler
                          United States Magistrate Judge