UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES BAKER, | ) | CASE NO. C08-0565-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING § 1983 |
| | ) | ACTION |
| HOWARD ANDERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation;

(2)  The complaint and this action are DISMISSED with prejudice;

(3)  Plaintiff's motions to waive the remaining filing fee (Dkt. Nos. 41 & 43) are DENIED; and

(4)  The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 27th day of May, 2009.

JOHN C. COUGHENOUR
United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -1